JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Won Kyun Yun; and Does 1-10,<br><br>　　　Defendants | Case: 5:13-CV-01581-VAP-DTB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

*/s/ Virginia A. Phillips*

Dated: February 12, 2014
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE